UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID J. BEAULIEU,

    Plaintiff,

 v.
              Case No. 24-cv-734-pp

GAGE MARINE
and CITY OF LAKE GENEVA,

    Defendant.

**ORDER REMINDING PLAINTIFF OF OPTION TO FILE AMENDED COMPLAINT IN LIEU OF RESPONDING TO DEFENDANTS' MOTION TO DISMISS (DKT. NO. 6)**

    On July 15, 2024, the defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure12(b)(6). Dkt. No. 6. The defendants argue that the plaintiff's claims have been litigated in state court and are barred by claim preclusion and issue preclusion. Dkt. No. 7.

    Under Civil Local Rule 7(b), if the plaintiff wishes to oppose the motion he must do so within twenty-one days—that is by August 5, 2024. The plaintiff is free to timely file a response to the motion to dismiss, but the court reminds the plaintiff that he has another option—he may file an amended complaint to try to cure the alleged deficiencies. See Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. and Nw. Ind., 786 F3d 510, 522 (7th Cir. 2015) (explaining that a responsive amendment may avoid the need to decide the motion or reduce the number of issues decided). Federal Rule of Civil Procedure 15(a)(1) allows

1

Case 2:24-cv-00734-PP   Filed 07/16/24   Page 1 of 2   Document 9

the plaintiff to file the amended complaint as a matter of course within twenty-one days after service of the responsive pleading.

The court **ORDERS** that by August 5, 2024 the plaintiff shall file either an amended complaint or a response to the motion to dismiss.

Dated in Milwaukee, Wisconsin this 16th day of July, 2024.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
